Submitted October 13, reversed and remanded October 20, 1975

ADAMS, *Petitioner, v.* PUBLIC WELFARE
DIVISION ET AL (No. 82-14-UZQ050-1),
*Respondents.*
541 P2d 149

Lee Johnson, Attorney General, and Al J. Laue,
Assistant Attorney General, Salem, represented the
respondents.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

PER CURIAM.

Based upon the stipulation of the parties the above
entitled cause is reversed and remanded.